B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Valdez, Amy** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Valdez, Edward** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5610** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0172** |
| Street Address of Debtor (No. and Street, City, and State):<br>**1410 Spring Oaks Drive**<br>**Joliet, IL**                    ZIP Code **60431** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**1410 Spring Oaks Drive**<br>**Joliet, IL**                    ZIP Code **60431** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ■<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)

Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Valdez, Amy**<br>**Valdez, Edward** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X  /s/ David M. Siegel**          **November  8, 2011**<br>Signature of Attorney for Debtor(s)          (Date)<br>**David M. Siegel** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

  ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

  ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                _____

                (Name of landlord that obtained judgment)

                _____

                (Address of landlord)

  ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| **Valdez, Amy** |
| **Valdez, Edward** |

### Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Amy Valdez**
Signature of Debtor  **Amy Valdez**

X **/s/ Edward Valdez**
Signature of Joint Debtor **Edward Valdez**

Telephone Number (If not represented by attorney)

**November  8, 2011**
Date

### Signature of Attorney*

X **/s/ David M. Siegel**
Signature of Attorney for Debtor(s)

**David M. Siegel #06207611**
Printed Name of Attorney for Debtor(s)

**David M. Siegel & Associates**
Firm Name

**790 Chaddick Drive**
**Wheeling, IL 60090**

Address

**(847) 520-8100**
Telephone Number

**November  8, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrtupcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Amy Valdez**
  **Edward Valdez**             Case No. _____

                    Debtor(s)  Chapter  **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Amy Valdez**
                           **Amy Valdez**

Date:   **November  8, 2011**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Amy Valdez**
        **Edward Valdez**                      Case No. _____

                            Debtor(s)        Chapter    **7** _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

     ■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

     ☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

     ☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

     **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Edward Valdez**
                          **Edward Valdez**

Date:    **November  8, 2011**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Amy Valdez,**
       **Edward Valdez**

Case No. _____

_____,
                                    Debtors

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 174,500.00 | | |
| B - Personal Property | Yes | 3 | 16,025.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 264,593.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 45 | | 56,098.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 5,799.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,799.00 |
| Total Number of Sheets of ALL Schedules | | 57 | | | |
| Total Assets | | | 190,525.00 | | |
| Total Liabilities | | | | 320,691.00 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re     **Amy Valdez,**
     **Edward Valdez**

Case No. _____

                                      ,
                     Debtors

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 5,799.00 |
| Average Expenses (from Schedule J, Line 18) | 5,799.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 7,289.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 79,668.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 56,098.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 135,766.00 |

B6A (Official Form 6A) (12/07)

.

In re   **Amy Valdez,**
**Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single Family Home**<br>**1410 Spring Oaks Drive**<br>**Joliet, IL 60431** | **Fee Simple** | **J** | **174,500.00** | **254,000.00** |

| | | | |
|---|---|---|---|
| | Sub-Total > | **174,500.00** | (Total of this page) |
| | Total > | **174,500.00** | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

.

In re   **Amy Valdez,**
        **Edward Valdez**

                                            Case No. _____

_____,
                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking/Savings Account Bank of America** | J | 500.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **TV & Furniture** | J | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Normal Apparel** | J | 600.00 |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Life Insurace Policies Term Death Benefit Only** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        2,600.00
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Amy Valdez,**
       **Edward Valdez**                                                          Case No. _____
_____,
                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Tax Refund Expected | J | 3,000.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >        **3,000.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Amy Valdez,**                                                    Case No. _____
        **Edward Valdez**
                                                          ,
                                  Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Toyota Tacoma** **Toyota Financial** | H | 10,425.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total >   | 10,425.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total >   | 16,025.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **Amy Valdez,**
       **Edward Valdez**

Case No. _____

_____,
Debtors

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
- ☐ 11 U.S.C. §522(b)(2)
- ☑ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Single Family Home** | **735 ILCS 5/12-901** | **30,000.00** | **174,500.00** |
| **1410 Spring Oaks Drive** | | | |
| **Joliet, IL 60431** | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking/Savings Account** | **735 ILCS 5/12-1001(b)** | **500.00** | **500.00** |
| **Bank of America** | | | |
| **Household Goods and Furnishings** | | | |
| **TV & Furniture** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Wearing Apparel** | | | |
| **Normal Apparel** | **735 ILCS 5/12-1001(a)** | **600.00** | **600.00** |
| **Interests in Insurance Policies** | | | |
| **Life Insurace Policies Term** | **215 ILCS 5/238** | **0.00** | **0.00** |
| **Death Benefit Only** | | | |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Tax Refund Expected** | **735 ILCS 5/12-1001(b)** | **3,000.00** | **3,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Toyota Tacoma** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **10,425.00** |
| **Toyota Financial** | | | |

   **0**   continuation sheets attached to Schedule of Property Claimed as Exempt

Total:     **38,000.00**     **190,525.00**

B6D (Official Form 6D) (12/07)

In re  **Amy Valdez,**
       **Edward Valdez**                                                 Case No. _____

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. **0755 1468-3** | | | | | 2007 | | | | | |
| CitiMortgage/Nationstar Mortgage PO Box 9438, Dept 0251 Gaithersburg, MD 20898 | | | J | | Mortgage Balance Single Family Home 1410 Spring Oaks Drive Joliet, IL 60431 | | | | | |
| | | | | | Value $         174,500.00 | | | | 249,000.00 | 74,500.00 |
| Account No. **0001** | | | | | 5/08 | | | | | |
| Toyota Motor Credit Corp. HQ All mail goes to 19001 S. Western Avenue Torrance, CA 90509-2991 | | | H | | Purchase Money Security 2008 Toyota Tacoma Toyota Financial | | | | | |
| | | | | | Value $          10,425.00 | | | | 10,593.00 | 168.00 |
| Account No. | | | | | Non-Purchase Money Security | | | | | |
| Will County Treasurer 302 N. Chicago St. Joliet, IL 60432-4059 | | | J | | Single Family Home 1410 Spring Oaks Drive Joliet, IL 60431 | | | | | |
| | | | | | Value $         174,500.00 | | | | 5,000.00 | 5,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |

**0**   continuation sheets attached

| | Subtotal (Total of this page) | 264,593.00 | 79,668.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 264,593.00 | 79,668.00 |

B6E (Official Form 6E) (4/10)

In re    **Amy Valdez,**
**Edward Valdez**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____0_____ continuation sheets attached

B6F (Official Form 6F) (12/07)

In re **Amy Valdez,**
**Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **valam001** <br><br> **Advanced Urology Associates** <br> **812 Campus Drive** <br> **Joliet, IL 60435** | | J | 5/07 <br> **Medical** | | | | 38.00 |
| Account No. <br><br> **Adventist Bolingbrook Hospital** <br> **PO Box 9287** <br> **Oak Brook, IL 60522-9287** | | J | 8/11 <br> **Medical** | | | | 160.00 |
| Account No. <br><br> **Adventist Health System** <br> **PO Box 510410** <br> **Saint Louis, MO 63151** | | J | 8/11 <br> **Medical** | | | | 217.00 |
| Account No. **4803** <br><br> **Advocate Good Samaritan Hospital** <br> **c/o Illinois Collection Service, In** <br> **PO Box 646** <br> **Oak Lawn, IL 60454-0646** | | J | 9/06 <br> **Collections** | | | | 139.00 |

__44__  continuation sheets attached

Subtotal
(Total of this page)     **554.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

S/N:11002-111027    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
**Edward Valdez**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9074** <br><br> **Advocate Good Samaritan Hospital** <br> **c/o ICC** <br> **PO Box 1010** <br> **Tinley Park, IL 60477-0101** | | J | 1/10 <br> Collections | | | | 405.00 |
| Account No. **6700** <br><br> **Alexander & Kathpalia DRS.** <br> **c/o Creditors' Discount & Audit Co.** <br> **PO Box 213** <br> **Streator, IL 61364** | | J | Collections | | | | 65.00 |
| Account No. **4415** <br><br> **Allergy & Asthma Clinic SC** <br> **229 N. Hammes Ave.** <br> **Joliet, IL 60435** | | J | 6/09 <br> Medical | | | | 266.00 |
| Account No. **5018** <br><br> **Allergy & Asthma Clinic SC** <br> **229 N. Hammes Ave.** <br> **Joliet, IL 60435** | | J | 9/09 <br> Medical | | | | 102.00 |
| Account No. **2148** <br><br> **Allergy & Asthma Clinic SC** <br> **229 N. Hammes Ave.** <br> **Joliet, IL 60435** | | J | 10/09 <br> Medical | | | | 14.00 |

Sheet no. __1___ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

852.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
      **Edward Valdez**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | |
| Account No. **8389** | | | J | Collections | | | | |
| **Allied Anesthesia Assoc.** c/o Medical Business Bureau, Inc. 1175 Devin Dr., Ste 173 Norton Shores, MI 49441 | | | | | | | | 112.00 |
| Account No. **4111** | | | J | 5/07 Medical | | | | |
| **Allied Anesthesia Assoc.** c/o Medical Business Bureau, Inc. 1175 Devin Dr., Ste 173 Norton Shores, MI 49441 | | | | | | | | 77.00 |
| Account No. **3930** | | | J | 5/06 Medical | | | | |
| **Allied Anesthesia Assoc.** c/o Medical Business Bureau, Inc. 1175 Devin Dr., Ste 173 Norton Shores, MI 49441 | | | | | | | | 202.00 |
| Account No. **8708** | | | J | 6/09 Medical | | | | |
| **Allied Anesthesia Assoc.** PO Box 1123 Jackson, MI 49204-1123 | | | | | | | | 0.00 |
| Account No. **7273** | | | J | 7/11 Medical | | | | |
| **Allied Anesthesia Assoc.** PO Box 1123 Jackson, MI 49204-1123 | | | | | | | | 117.00 |

Sheet no. __2__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**508.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
      **Edward Valdez**

Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2810** | | | Collections | | | | |
| **Allison Murchison, MD** **c/o Collection Professionals, Inc.** **723 First Street** **La Salle, IL 61301-2535** | | J | | | | | 220.00 |
| Account No. **7814** | | | 8/06 **Auto Deficiency** **2007 Saturn Relay** Collections | | | | |
| **Ally** **PO Box 308901** **Minneapolis, MN 55438** | | W | | | | | 5,588.00 |
| Account No. **3460** | | | Collections | | | | |
| **Assocaiated Radiologists of Joliet** **c/o Creditors Collection Bureau** **PO Box 63** **Kankakee, IL 60901-0063** | | J | | | | | 31.00 |
| Account No. **4680** | | | 5/09 Collections | | | | |
| **Assocaiated Radiologists of Joliet** **c/o Creditors Collection Bureau** **PO Box 63** **Kankakee, IL 60901-0063** | | J | | | | | 39.00 |
| Account No. **8982** | | | 4/09 Collections | | | | |
| **Assocaiated Radiologists of Joliet** **c/o Creditors Collection Bureau** **PO Box 63** **Kankakee, IL 60901-0063** | | J | | | | | 7.00 |

Sheet no. __3___ of __44___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,885.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
    **Edward Valdez**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5795**<br><br>**Assocaiated Radiologists of Joliet c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063** | | J | 1/10 Collections | | | | 11.00 |
| Account No. **8600**<br><br>**Assocaiated Radiologists of Joliet c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063** | | J | 1/10 Collections | | | | 11.00 |
| Account No. **9632**<br><br>**Assocaiated Radiologists of Joliet c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063** | | J | 2/10 Collections | | | | 7.00 |
| Account No. **8576**<br><br>**Assocaiated Radiologists of Joliet c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063** | | J | Collections | | | | 32.00 |
| Account No. **6326**<br><br>**Assocaiated Radiologists of Joliet c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063** | | J | Collections | | | | 26.00 |

Sheet no. __4__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

87.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
  **Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **8595** | | | J | | Collections | | | | |
| Assocaiated Radiologists of Joliet c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063 | | | | | | | | | 18.00 |
| Account No. **0112** | | | J | | Collections | | | | |
| Assocaiated Radiologists of Joliet c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063 | | | | | | | | | 13.00 |
| Account No. **6068** | | | J | | Collections | | | | |
| Assocaiated Radiologists of Joliet c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063 | | | | | | | | | 29.00 |
| Account No. **4393** | | | J | | Collections | | | | |
| Assocaiated Radiologists of Joliet c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063 | | | | | | | | | 17.00 |
| Account No. **6173** | | | J | | Collections | | | | |
| Assocaiated Radiologists of Joliet c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063 | | | | | | | | | 7.00 |

Sheet no. __5__ of __44__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

84.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
       **Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **4531**<br><br>**Assocaiated Radiologists of Joliet**<br>**c/o Creditors Collection Bureau**<br>**PO Box 63**<br>**Kankakee, IL 60901-0063** | | J | | Collections | | | | 70.00 |
| Account No. **5014**<br><br>**Assocaiated Radiologists of Joliet**<br>**c/o Creditors Collection Bureau**<br>**PO Box 63**<br>**Kankakee, IL 60901-0063** | | J | | Collections | | | | 102.00 |
| Account No. **6872**<br><br>**Associate Pathologists of Joliet**<br>**330 Madison St., Ste. 200A**<br>**Joliet, IL 60435** | | J | | 9/06<br>Medical | | | | 3.00 |
| Account No. **0093**<br><br>**Associate Pathologists of Joliet**<br>**330 Madison St., Ste. 200A**<br>**Joliet, IL 60435** | | J | | 1/09<br>Medical | | | | 18.00 |
| Account No. **9460**<br><br>**Associate Pathologists of Joliet**<br>**330 Madison St., Ste. 200A**<br>**Joliet, IL 60435** | | J | | 12/07<br>Medical | | | | 503.00 |

Sheet no. **6** of **44** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

696.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
     **Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **0093**<br><br>**Associate Pathologists of Joliet, L**<br>**PO Box 1509**<br>**Elgin, IL 60121-1509** | | J | 1/09<br>**Medical** | | | | 18.00 |
| Account No. **4799**<br><br>**Associated Anesthesiologist of Jol**<br>**c/o Near**<br>**PO Box 209**<br>**Thornwood, NY 10594-0209** | | J | 4/07<br>**Collections** | | | | 221.00 |
| Account No. **3607**<br><br>**Associated Anesthesiologist of Jol**<br>**c/o Near**<br>**PO Box 209**<br>**Thornwood, NY 10594-0209** | | J | 5/07<br>**Collections** | | | | 83.00 |
| Account No.<br><br>**Associated Anesthesiologists of Jol**<br>**PO Box 936**<br>**Bedford Park, IL 60499-0936** | | J | 4/07<br>**Medical** | | | | 110.00 |
| Account No. **5507**<br><br>**Associated Radiologist of Joliet**<br>**39069 Treasury Center**<br>**Chicago, IL 60694-9000** | | J | 6/10<br>**Medical** | | | | 13.00 |

Sheet no. __**7**___ of __**44**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

445.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amy Valdez,**
         **Edward Valdez**

Case No. _____

_____,

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3334**<br><br>**Associated Radiologist of Joliet**<br>**39069 Treasury Center**<br>**Chicago, IL 60694-9000** | | J | **1/10**<br>**Medical** | | | | **11.00** |
| Account No. **5795**<br><br>**Associated Radiologist of Joliet**<br>**39069 Treasury Center**<br>**Chicago, IL 60694-9000** | | J | **1/10**<br>**Medical** | | | | **11.00** |
| Account No. **2108**<br><br>**Associated Radiologist of Joliet**<br>**39069 Treasury Center**<br>**Chicago, IL 60694-9000** | | J | **6/09**<br>**Medical** | | | | **12.00** |
| Account No. **2222**<br><br>**Badger Mutual Insurance Company**<br>**1635 West National Ave,**<br>**Milwaukee, WI 53204** | | J | **6/06**<br>**NOTICE ONLY** | | | | **0.00** |
| Account No. **8814**<br><br>**Bourbonnais Fire Department**<br>**PO Box 457**<br>**Wheeling, IL 60090** | | J | **9/06**<br>**Services** | | | | **303.00** |

Sheet no. __**8**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**337.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
      **Edward Valdez**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3659** | | | J | Collections | | | | |
| **Cardinal Sleep Centers-Joliet c/o CAB Services, Inc. 60 Barney Drive Joliet, IL 60435** | | | | | | | | 545.00 |
| Account No. **0923** | | | J | 3/07 Medical | | | | |
| **Cardiology Interpretation II PO Box 432 Channahon, IL 60410-0432** | | | | | | | | 2.00 |
| Account No. **8953** | | | J | 8/09 Medical | | | | |
| **Caris Diagnostics PO Box 844117 Dallas, TX 75284** | | | | | | | | 9.00 |
| Account No. **9885** | | | J | 1/10 Medical | | | | |
| **Caris Diagnostics PO Box 844117 Dallas, TX 75284** | | | | | | | | 9.00 |
| Account No. **valed** | | | J | 6/10 Medical | | | | |
| **Center for Neuro Dis 2222 Weber Road Crest Hill, IL 60403** | | | | | | | | 52.00 |

Sheet no. __9__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

617.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Amy Valdez,**
**Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **3748** <br><br> **Citi** <br> **Attn: Bankruptcy Department** <br> **PO Box 6241** <br> **Sioux Falls, SD 57717** | | J | 7/90 <br> **Collections** | | | | 2,144.00 |
| Account No. <br><br> **City of Joliet Ambulance** <br> **c/o Cab Services** <br> **PO Box 933** <br> **Joliet, IL 60434** | | J | **Collections** | | | | 165.00 |
| Account No. **2674** <br><br> **Corwin Medical Care** <br> **c/o Merchants' Credit Guide** <br> **223 W. Jackson Blvd** <br> **Chicago, IL 60606** | | J | **Collections** | | | | 96.00 |
| Account No. **3009** <br><br> **Corwin Medical Care** <br> **PO Box 7001** <br> **Bolingbrook, IL 60440-7001** | | J | 6/09 <br> **Medical** | | | | 79.00 |
| Account No. **8848** <br><br> **Dermatology Limited** <br> **c/o Creditors' Discount & Audit Co.** <br> **PO Box 213** <br> **Streator, IL 61364** | | J | **Collections** | | | | 109.00 |

Sheet no. __**10**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,593.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
      **Edward Valdez**

Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4951** <br><br> **Dermatology Limited** <br> **2400 Glenwood Avenue** <br> **Suite 126** <br> **Joliet, IL 60435-5495** | | J | **9/06** <br> **Medical** | | | | 73.00 |
| Account No. **1576** <br><br> **Digestive Health Associate** <br> **c/o Creditors' Discount & Audit Co.** <br> **PO Box 213** <br> **Streator, IL 61364** | | J | **Collections** | | | | 244.00 |
| Account No. **5632** <br><br> **Digestive Health Associate** <br> **c/o Creditors' Discount & Audit Co.** <br> **PO Box 213** <br> **Streator, IL 61364** | | J | **Collections** | | | | 111.00 |
| Account No. **5612** <br><br> **Digestive Health Associates, P.C.** <br> **1100 Houbolt Rd.** <br> **Joliet, IL 60431** | | J | **5/07** <br> **Medical** | | | | 111.00 |
| Account No. **4336** <br><br> **Digestive Health Associates, P.C.** <br> **1100 Houbolt Rd.** <br> **Joliet, IL 60431** | | J | **9/08** <br> **Medical** | | | | 244.00 |

Sheet no. __**11**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

783.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
      **Edward Valdez**

Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **0621** | | | | | Collections | | | | |
| **Directv c/o th CBE Group 131 Tower Park Suite 100 Waterloo, IA 50704-2635** | | | J | | | | | | 464.00 |
| Account No. | | | | | Collections | | | | |
| **Dr. Kathleen McCahill, MC c/o Law Office Michael R Naughton PO Box 10 Manhattan, IL 60442** | | | J | | | | | | 35.00 |
| Account No. | | | | | Medical | | | | |
| **Drs. Bulger Rejowski Dillon SC 215 Remington Blvd, #1 Bolingbrook, IL 60440** | | | J | | | | | | 159.00 |
| Account No. | | | | | Medical | | | | |
| **Drs. Bulger Rejowski Dillon SC 215 Remington Blvd, #1 Bolingbrook, IL 60440** | | | J | | | | | | 86.00 |
| Account No. | | | | | Medical | | | | |
| **Drs. Bulger Rejowski Dillon SC 215 Remington Blvd, #1 Bolingbrook, IL 60440** | | | J | | | | | | 69.00 |

Sheet no. __**12**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

813.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Amy Valdez,**
       **Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Drs. Bulger Rejowski Dillon SC 215 Remington Blvd, #1 Bolingbrook, IL 60440** | | J | Medical | | | | 76.00 |
| Account No. <br><br>**Drs. Bulger Rejowski Dillon SC 215 Remington Blvd, #1 Bolingbrook, IL 60440** | | J | Medical | | | | 98.00 |
| Account No. <br><br>**Drs. Bulger Rejowski Dillon SC 215 Remington Blvd, #1 Bolingbrook, IL 60440** | | J | Medical | | | | 59.00 |
| Account No. 2118 <br><br>**Echo, Ltd c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063** | | J | Collections | | | | 28.00 |
| Account No. 2196 <br><br>**Echo, Ltd c/o Creditors Collection Bureau PO Box 63 Kankakee, IL 60901-0063** | | J | Collections | | | | 43.00 |

Sheet no. __13__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **304.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

11/08/11  2:17PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amy Valdez,**
      **Edward Valdez**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2513** <br><br> **Echo, Ltd** <br> **PO Box 366** <br> **Hinsdale, IL 60522** | | J | Medical | | | | 1,284.00 |
| Account No. **5939** <br><br> **EM Strategies** <br> **c/o Armor Systems Corporation** <br> **1700 Kiefer Dr., Ste #1** <br> **Zion, IL 60099-5105** | | J | Collections | | | | 29.00 |
| Account No. **4885** <br><br> **EM Strategies** <br> **c/o Medical Business Bureau, LLC** <br> **1175 Devin Dr, Ste 173** <br> **Norton Shores, MI 49441** | | J | Collections | | | | 91.00 |
| Account No. **8164** <br><br> **EM Strategies** <br> **c/o Health & Welfare Fund** <br> **1000 Burr Ridge Parkway** <br> **Willowbrook, IL 60527** | | J | 12/10 <br> Collections | | | | 284.00 |
| Account No. **5252** <br><br> **Family Medical Group, SC** <br> **330 Madison Street** <br> **Suite 104** <br> **Joliet, IL 60435** | | J | 3/05 <br> Medical | | | | 200.00 |

Sheet no. __**14**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,888.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
       **Edward Valdez**
_____,
                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5047** <br><br>**Fischer Mangold Joliet** <br>**7535 Southfront Road** <br>**Building B** <br>**Livermore, CA 94550-4201** | | J | 6/07 <br>Medical | | | | 40.00 |
| Account No. **9016** <br><br>**Gemb/JC Penney** <br>**Bankruptcy Department** <br>**PO Box 103104** <br>**Roswell, GA 30076** | | J | 4/07 <br>Collections | | | | 607.00 |
| Account No. **1214** <br><br>**Good Samaritan Hospital** <br>**3815 Highland Ave** <br>**Downers Grove, IL 60515** | | J | 4/09 <br>Medical | | | | 50.00 |
| Account No. **3915** <br><br>**Good Samaritan Hospital** <br>**3815 Highland Ave** <br>**Downers Grove, IL 60515** | | J | 1/08 <br>Medical | | | | 26.00 |
| Account No. **6769** <br><br>**Good Sheperd Hospital** <br>**c/o Illionis Collection Service** <br>**PO Box 1010** <br>**Tinley Park, IL 60477-9110** | | J | 9/09 <br>Collections | | | | 405.00 |

Sheet no. **15** of **44** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,128.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
**Edward Valdez**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **6885**<br><br>**Health Service Systems, Inc.**<br>**PO Box 1215**<br>**Bedford Park, IL 60499-1215** | | J | | | 6/07<br>**Collections** | | | | 322.00 |
| Account No. **7715**<br><br>**Heartland Cardiovascular Center**<br>**c/o Creditors Discount & Audit**<br>**415 E Main Street**<br>**Streator, IL 61364** | | J | | | 7/08<br>**Collections** | | | | 104.00 |
| Account No. **0406 7931**<br><br>**Heartland Cardiovascular Center**<br>**c/o Creditors Discount & Audit**<br>**415 E Main Street**<br>**Streator, IL 61364** | | J | | | 9/06<br>**Collections** | | | | 67.00 |
| Account No. **7931 9547c**<br><br>**Heartland Cardiovascular Center**<br>**c/o Creditors Discount & Audit**<br>**415 E Main Street**<br>**Streator, IL 61364** | | J | | | **Collections** | | | | 49.00 |
| Account No. **2893**<br><br>**Heartland Cardiovascular Center**<br>**1200 Maple Road, Suite 3030**<br>**Joliet, IL 60432** | | J | | | 3/07<br>**Medical** | | | | 30.00 |

Sheet no. __**16**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

572.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Amy Valdez,**
       **Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **valed000**<br><br>**Hospitalist Consultants Group**<br>**1042 Maple Ave., Ste. 335**<br>**Lisle, IL 60532-2329** | | | J | | **9/08**<br>**Medical** | | | | 44.00 |
| Account No. **3918**<br><br>**HSBC**<br>**Bankrupty Department**<br>**PO Box 15521**<br>**Wilmington, DE 19850** | | | J | | **3/09**<br>**Collections** | | | | 317.00 |
| Account No. **3371**<br><br>**HSBC/Carson**<br>**Bankruptcy Department**<br>**PO Box 15521**<br>**Wilmington, DE 19850** | | | J | | **12/06**<br>**Collections** | | | | 732.00 |
| Account No. **3779**<br><br>**ICS Collection Service, Inc.**<br>**P.O. Box 1010**<br>**Tinley Park, IL 60477** | | | J | | **Collections** | | | | 8.00 |
| Account No.<br><br>**InformedMail**<br>**9994 Premier Parkway**<br>**Miramar, FL 33025** | | | J | | **0375**<br>**Services** | | | | 45.00 |

Sheet no. __**17**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,146.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
　　　**Edward Valdez**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 1/11 Medical | | | | |
| **Institute for Family Davelopment** **PO Box 1145** **Orland Park, IL 60462** | J | | | | | | | 175.00 |
| Account No. **9055** | | | | Collections | | | | |
| **Joliet Fire Department** **c/o Credtors Discount & Audit Co.** **PO Box 213** **Streator, IL 61364** | J | | | | | | | 350.00 |
| Account No. **6171** | | | | 7/10 Medical | | | | |
| **Joliet Radiologial Service Corp** **36910 Treasury Centr** **Chicago, IL 60694-6900** | J | | | | | | | 25.00 |
| Account No. **0704** | | | | 2/08 Medical | | | | |
| **Joliet Radiologial Service Corp** **36910 Treasury Centr** **Chicago, IL 60694-6900** | J | | | | | | | 28.00 |
| Account No. **2235** | | | | 5/08 Collections | | | | |
| **Joliet Radiological Service Co.** **c/o ICS** **PO Box 1010** **Tinley Park, IL 60477-9110** | J | | | | | | | 10.00 |

Sheet no. __18__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

588.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
　　　**Edward Valdez**

Case No. _____

_____,
　　　　　　　　　　　　　　Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2257**<br><br>**Joliet Radiological Service Co.<br>c/o ICS<br>PO Box 1010<br>Tinley Park, IL 60477-9110** | | J | | 7/10<br>Collections | | | | 8.00 |
| Account No. **5709**<br><br>**Learning Daycare<br>c/o Collection Professionals, Inc.<br>1256 W Jefferson, Ste 200<br>Joliet, IL 60431** | | J | | Collections | | | | 251.00 |
| Account No. **7129**<br><br>**Lemont Fire Pro. District<br>PO Box 438495<br>Chicago, IL 60643** | | J | | 7/08<br>Services | | | | 200.00 |
| Account No. **6064**<br><br>**Lemont Medical SC<br>c/o Health & Welfare Fund<br>1000 Burr Ridge Parkway<br>Burr Ridge, IL 60527** | | J | | 1/11<br>Medical | | | | 135.00 |
| Account No. **4832**<br><br>**Lemont Medical SC<br>c/o Health & Welfare Fund<br>1000 Burr Ridge Parkway<br>Burr Ridge, IL 60527** | | J | | 12/10<br>Medical | | | | 952.00 |

Sheet no. __**19**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,546.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
**Edward Valdez**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **7880** <br><br> **Lemont Medical SC** <br> **c/o Health & Welfare Fund** <br> **1000 Burr Ridge Parkway** <br> **Burr Ridge, IL 60527** | | J | | | 12/10 <br> Medical | | | | 32.00 |
| Account No. **valam0000** <br><br> **Lemont Medical SC** <br> **15947 127th Street** <br> **Lemont, IL 60439** | | J | | | 1/10 <br> Medical | | | | 497.00 |
| Account No. **9673** <br><br> **Lifetouch Portraits** <br> **11000 Viking Drive** <br> **Building 4E** <br> **Eden Prairie, MN 55344** | | J | | | 9/08 <br> Services | | | | 65.00 |
| Account No. **7220** <br><br> **Macy's** <br> **Bankruptcy Processing** <br> **PO Box 8053** <br> **Mason, OH 45040** | | J | | | 11/06 <br> Purchases | | | | 317.00 |
| Account No. **7302** <br><br> **Medclr** <br> **c/o PFG of Minnesota** <br> **7825 Washington Ave S Ste 310** <br> **Minneapolis, MN 55439-2409** | | J | | | Collections | | | | 332.00 |

Sheet no. __20__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,243.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
       **Edward Valdez**

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J c | C | | | | | |
| Account No. **2378** **Merchants Credit Guide** **c/o CBUSA, Inc.** **PO Box 663** **Munster, IN 46321** | | | J | | 3/09 Collections | | | | 127.00 |
| Account No. **2148** **Meridian Medical Associates** **2100 Glenwood Ave** **Joliet, IL 60435-5696** | | | J | | 12/10 Medical | | | | 247.00 |
| Account No. **1139** **Meriter Hospital** **202 S. Park St.** **Madison, WI 53715** | | | J | | 4/10 Medical | | | | 1,331.00 |
| Account No. **8051** **MH Pembroke, MC** **c/o NCO Financial Systems, Inc.** **507 Prudential Road** **Horsham, PA 19044** | | | J | | Collections | | | | 269.00 |
| Account No. **2423** **Midwest Diagnostic Pathology, SC** **75 Remittance Dr. Ste 3070** **Chicago, IL 60675** | | | J | | 4/09 Medical | | | | 4.00 |

Sheet no. __21__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,978.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amy Valdez,**
         **Edward Valdez**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **3144** <br><br> **Midwest General Surgeons** <br> **PO Box 7001** <br> **Bolingbrook, IL 60440-7001** | | J | | | 8/11 <br> Medical | | | | 217.00 |
| Account No. **9327** <br><br> **Oak Lawn Endoscopy** <br> **9921 Southwest Highway** <br> **Oak Lawn, IL 60453-3767** | | J | | | 8/09 <br> Medical | | | | 1,167.00 |
| Account No. **5940** <br><br> **Oak Lawn Endoscopy** <br> **9921 Southwest Highway** <br> **Oak Lawn, IL 60453-3767** | | J | | | 12/10 <br> Medical | | | | 269.00 |
| Account No. **6119** <br><br> **Optima Medical** <br> **c/o Creditors' Discount & Audit Co.** <br> **PO Box 213** <br> **Streator, IL 61364** | | J | | | Collections | | | | 60.00 |
| Account No. **6120 5077c** <br><br> **Optima Medical** <br> **c/o Creditors' Discount & Audit Co.** <br> **PO Box 213** <br> **Streator, IL 61364** | | J | | | 3/07 <br> Collections | | | | 90.00 |

Sheet no. __22__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,803.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
       **Edward Valdez**

Case No. _____

_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **9547** **Optima Medical** **1050 Essington Road** **Joliet, IL 60435-8415** | | | J | | **9/08** **Medical** | | | | 49.00 |
| Account No. **0074** **Partners in Obstetrics & Women's** **PO Box 663** **Frankfort, IL 60423-0663** | | | J | | **11/09** **Medical** | | | | 41.00 |
| Account No. **9000** **Partners in Obstetrics & Women's** **PO Box 663** **Frankfort, IL 60423-0663** | | | J | | **8/09** **Medical** | | | | 95.00 |
| Account No. **5415** **Pathology Laboratory Consultants** **6965 Reliable Parkway** **Chicago, IL 60686** | | | J | | **9/08** **Medical** | | | | 15.00 |
| Account No. **3997** **Pathology Laboratory Consultants** **6965 Reliable Parkway** **Chicago, IL 60686** | | | J | | **10/08** **Medical** | | | | 19.00 |

Sheet no. __23__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

219.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
**Edward Valdez**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **7389** <br><br> **Pathology Laboratory Consultants** <br> **6965 Reliable Parkway** <br> **Chicago, IL 60686** | | J | | **10/06** <br> **Medical** | | | | 19.00 |
| Account No. **5014** <br><br> **Pathology Laboratory Consultants** <br> **6965 Reliable Parkway** <br> **Chicago, IL 60686** | | J | | **Medical** | | | | 19.00 |
| Account No. <br><br> **Patio Man** <br> **Unknown** | | J | | **Services** | | | | 100.00 |
| Account No. **valbr** <br><br> **Paul Edelson, MD** <br> **Edelson Pediatrics, SC** <br> **15750 S. Bell Road, Ste 2A** <br> **Homer Glen, IL 60491** | | J | | **11/09** <br> **Medical** | | | | 493.00 |
| Account No. **3912** <br><br> **Plainfield Fire Department** <br> **c/o Harvard Collection Services, In** <br> **4839 N Elston Ave** <br> **Chicago, IL 60630-2534** | | J | | **10/05** <br> **Collections** | | | | 165.00 |

Sheet no. __24__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

796.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
        **Edward Valdez**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7507 3461** <br><br> **Plus Diagnostic** <br> **17661 Cowan** <br> **Irvine, CA 92614** | | J | **12/10** <br> **Medical** | | | | 22.00 |
| Account No. **7518** <br><br> **Prairie Emergency Services S C** <br> **c/o HRRG** <br> **PO Box 189053** <br> **Plantation, FL 33318-9053** | | J | **3/08** <br> **Collections** | | | | 43.00 |
| Account No. **1050** <br><br> **Prairie Emergency Services S C** <br> **c/o HRRG** <br> **PO Box 189053** <br> **Plantation, FL 33318-9053** | | J | **2/08** <br> **Collections** | | | | 386.00 |
| Account No. **9901** <br><br> **Prairie Emergency Services S C** <br> **c/o HRRG** <br> **PO Box 189053** <br> **Plantation, FL 33318-9053** | | J | **Collections** | | | | 269.00 |
| Account No. **5680** <br><br> **Prairie Emergency Services S C** <br> **c/o HRRG** <br> **PO Box 189053** <br> **Plantation, FL 33318-9053** | | J | **10/10** <br> **Collections** | | | | 46.00 |

Sheet no. __**25**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

766.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
      **Edward Valdez**

Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Progressive Surgical Associates**<br>**1300 Copperfield Ave**<br>**Suite 3060**<br>**Joliet, IL 60432** | | J | | **7/11**<br>**Medical** | | | | 73.00 |
| Account No. **8511**<br><br>**Provena Health**<br>**1000 Remington Blvd. Ste. 110**<br>**Bolingbrook, IL 60440** | | J | | **10/10**<br>**Medical** | | | | 2,813.00 |
| Account No. **8881**<br><br>**Provena St. Joseph Hospital**<br>**c/o Creditors Collection Bureau, In**<br>**PO Box 63**<br>**Kankakee, IL 60901-0063** | | J | | **Collections** | | | | 47.00 |
| Account No. **4403**<br><br>**Provena St. Joseph Hospital**<br>**c/o Creditors Collection Bureau, In**<br>**PO Box 63**<br>**Kankakee, IL 60901-0063** | | J | | **Collections** | | | | 272.00 |
| Account No. **3961**<br><br>**Provena St. Joseph Medical Center**<br>**KCA Financial Services, Inc.**<br>**PO Box 53**<br>**Geneva, IL 60134-0053** | | J | | **Collections** | | | | 164.00 |

Sheet no. __26__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,369.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amy Valdez,**
     **Edward Valdez**

Case No. _____

                                             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2120** <br><br> **Provena St. Joseph Medical Center** <br> **c/o Pellettieri & Associates, Ltd** <br> **PO Box 536** <br> **Linden, MI 48451-0536** | | J | 4/07 <br> Collections | | | | 38.00 |
| Account No. **3019** <br><br> **Provena St. Joseph Medical Center** <br> **c/o Pellettieri & Associates, Ltd** <br> **PO Box 536** <br> **Linden, MI 48451-0536** | | J | 6/06 <br> Collections | | | | 537.00 |
| Account No. **2943** <br><br> **Provena St. Joseph Medical Center** <br> **c/o Pellettieri & Associates, Ltd** <br> **PO Box 536** <br> **Linden, MI 48451-0536** | | J | 9/07 <br> Collections | | | | 1,069.00 |
| Account No. **8521** <br><br> **Provena St. Joseph Medical Center** <br> **c/o Pellettieri & Associates, Ltd** <br> **PO Box 536** <br> **Linden, MI 48451-0536** | | J | 4/07 <br> Collections | | | | 346.00 |
| Account No. **2777** <br><br> **Provena St. Joseph Medical Center** <br> **c/o Creditors Collection Bureau, In** <br> **PO Box 63** <br> **Kankakee, IL 60901** | | J | Collections | | | | 144.00 |

Sheet no. __**27**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,134.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
**Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0567** | | | | Collections | | | | |
| Provena St. Joseph Medical Center KCA Financial Services, Inc. PO Box 53 Geneva, IL 60134-0053 | | J | | | | | | 502.00 |
| Account No. **5847** | | | | Collections | | | | |
| Provena St. Joseph Medical Center KCA Financial Services, Inc. PO Box 53 Geneva, IL 60134-0053 | | J | | | | | | 337.00 |
| Account No. **8897** | | | | Collections | | | | |
| Provena St. Joseph Medical Center PO Box 88097 Chicago, IL 60680-1097 | | J | | | | | | 44.00 |
| Account No. **0306** | | | | Collections | | | | |
| Provena St. Joseph Medical Center 75 Remittance Drive Suite 1366 Chicago, IL 60675-1366 | | J | | | | | | 58.00 |
| Account No. **2598** | | | | Collections | | | | |
| Provena St. Joseph Medical Center 75 Remittance Drive Suite 1366 Chicago, IL 60675-1366 | | J | | | | | | 127.00 |

Sheet no. __28__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,068.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
       **Edward Valdez**

Case No. _____

_____,
                                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7858**<br><br>**Provena St. Joseph Medical Center**<br>**75 Remittance Drive**<br>**Suite 1366**<br>**Chicago, IL 60675-1366** | | J | Collections | | | | 227.00 |
| Account No. **2931**<br><br>**Provena St. Joseph Medical Center**<br>**75 Remittance Drive**<br>**Suite 1366**<br>**Chicago, IL 60675-1366** | | J | Collections | | | | 51.00 |
| Account No. **7345**<br><br>**Provena St. Joseph Medical Center**<br>**c/o Patient Financial Services**<br>**2870 Stoner Court, Suite 300**<br>**North Liberty, IA 52317-8525** | | J | Collections | | | | 68.00 |
| Account No. **4467**<br><br>**Provena St. Joseph Medical Center**<br>**75 Remittance Drive**<br>**Suite 1366**<br>**Chicago, IL 60675-1366** | | J | Medical | | | | 35.00 |
| Account No. **3435**<br><br>**Provena St. Joseph Medical Center**<br>**75 Remittance Drive**<br>**Suite 1366**<br>**Chicago, IL 60675-1366** | | J | Collections | | | | 437.00 |

Sheet no. __29__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

818.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
    **Edward Valdez**

Case No. _____

_____,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **2120** <br><br> **Provena St. Joseph Medical Center** <br> **75 Remittance Drive** <br> **Suite 1366** <br> **Chicago, IL 60675-1366** | | J | | Medical | | | | 38.00 |
| Account No. **1001** <br><br> **Provena St. Joseph Medical Center** <br> **PO Box 88097** <br> **Chicago, IL 60680-1097** | | J | | Collections | | | | 82.00 |
| Account No. **8500** <br><br> **Provena St. Joseph Medical Center** <br> **75 Remittance Drive** <br> **Suite 1366** <br> **Chicago, IL 60675-1366** | | J | | Medical | | | | 262.00 |
| Account No. <br><br> **Quest Diagnostics** <br> **Attn: Patient Billing** <br> **1355 Mittl Boulevard** <br> **Wood Dale, IL 60191-1024** | | J | | 7/08 <br> Medical | | | | 20.00 |
| Account No. **7909** <br><br> **Radiologists of Dupage, SC** <br> **c/o Illinois Collection Service Inc** <br> **PO Box 646** <br> **Oak Lawn, IL 60454-0646** | | J | | 9/09 <br> Collections | | | | 43.00 |

Sheet no. __30__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

445.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amy Valdez,**                                              Case No. _____
         **Edward Valdez**
                                                          ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **3806** <br><br> **Sanitas Medical Center** <br> **1301 Copperfield Ave.** <br> **Joliet, IL 60432** | | J | | **5/08** <br> **Medical** | | | | 35.00 |
| Account No. **5701** <br><br> **Sanitas Medical Group** <br> **c/o Creditors Collection Bureau** <br> **PO Box 63** <br> **Kankakee, IL 60901-0063** | | J | | **9/06** <br> **Collections** | | | | 17.00 |
| Account No. **3918** <br><br> **Sears** <br> **Bankruptcy Department** <br> **13320 Smith Road** <br> **Cleveland, OH 44130** | | J | | **Purchases** | | | | 317.00 |
| Account No. **4798** <br><br> **Sears/Citi** <br> **8725 W. Sahara Ave.** <br> **The Lakes, NV 89163** | | J | | **4/06** <br> **Purchases** | | | | 574.00 |
| Account No. <br><br> **Shorewood Chiropractic Clinic** <br> **4433 N. Oakland Ave** <br> **Shorewood, WI 53210** | | J | | **10/10** <br> **Medical** | | | | 279.00 |

Sheet no. __**31**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **1,222.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
    **Edward Valdez**

Case No. _____

_____,
                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Shorewood Early Learning** c/o Collection Professionals, Inc. 723 First Street La Salle, IL 61301-2535 | | J | Collections | | | | 255.00 |
| Account No. **4680** **Silver Cross Hospital** c/o KCA Finance Services, Inc. 628 North Street, PO Box 53 Geneva, IL 60134 | | J | Collections | | | | 473.00 |
| Account No. **8982** **Silver Cross Hospital** c/o KCA Finance Services, Inc. 628 North Street, PO Box 53 Geneva, IL 60134 | | J | Collections | | | | 227.00 |
| Account No. **2090** **Silver Cross Hospital** c/o KCA Finance Services, Inc. 628 North Street, PO Box 53 Geneva, IL 60134 | | J | Collections | | | | 261.00 |
| Account No. **4979** **Silver Cross Hospital** c/o KCA Finance Services, Inc. 628 North Street, PO Box 53 Geneva, IL 60134 | | J | Collections | | | | 64.00 |

Sheet no. __32__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,280.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
       **Edward Valdez**

Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4531** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | J | Collections | | | | 723.00 |
| Account No. **0479** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | J | Collections | | | | 119.00 |
| Account No. **3460** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | J | Collections | | | | 663.00 |
| Account No. **6068** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | J | Collections | | | | 385.00 |
| Account No. **4938** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | J | 6/08 <br> Collections | | | | 287.00 |

Sheet no. __33__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,177.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Amy Valdez,**
**Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **5139** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | | J | | **9/08** <br> **Collections** | | | | 137.00 |
| Account No. **8272** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | | J | | **Collections** | | | | 70.00 |
| Account No. **2108** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | | J | | **Collections** | | | | 455.00 |
| Account No. **8576** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | | J | | **Collections** | | | | 561.00 |
| Account No. **6068** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | | J | | **7/08** <br> **Collections** | | | | 385.00 |

Sheet no. __**34**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,608.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
**Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1121** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | J | **8/06** <br> **Collections** | | | | 393.00 |
| Account No. **3690** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | J | **10/08** <br> **Collections** | | | | 55.00 |
| Account No. **2376** <br><br> **Silver Cross Hospital** <br> **c/o KCA Finance Services, Inc.** <br> **628 North Street, PO Box 53** <br> **Geneva, IL 60134** | | J | **4/07** <br> **Collections** | | | | 204.00 |
| Account No. **1702** <br><br> **Silver Cross Hospital** <br> **Bankruptcy Department** <br> **PO Box 739** <br> **Moline, IL 61266-0739** | | J | **11/09** <br> **Medical** | | | | 140.00 |
| Account No. **3334** <br><br> **Silver Cross Hospital** <br> **Bankruptcy Department** <br> **PO Box 739** <br> **Moline, IL 61266-0739** | | J | **1/10** <br> **Medical** | | | | 330.00 |

Sheet no. __**35**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,122.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Amy Valdez,**
  **Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5795**<br><br>**Silver Cross Hospital**<br>**Bankruptcy Department**<br>**PO Box 739**<br>**Moline, IL 61266-0739** | | J | **1/10**<br>**Collections** | | | | 205.00 |
| Account No. **1377**<br><br>**Silver Cross Hospital**<br>**Bankruptcy Department**<br>**PO Box 739**<br>**Moline, IL 61266-0739** | | J | **1/10**<br>**Collections** | | | | 248.00 |
| Account No. **5278**<br><br>**Silver Cross Hospital**<br>**Bankruptcy Department**<br>**PO Box 739**<br>**Moline, IL 61266-0739** | | J | **9/09**<br>**Medical** | | | | 82.00 |
| Account No. **9703**<br><br>**Silver Cross Hospital**<br>**Bankruptcy Department**<br>**PO Box 739**<br>**Moline, IL 61266-0739** | | J | **11/09**<br>**Medical** | | | | 29.00 |
| Account No. **1354**<br><br>**Silver Cross Hospital**<br>**Bankruptcy Department**<br>**PO Box 739**<br>**Moline, IL 61266-0739** | | J | **3/10**<br>**Medical** | | | | 107.00 |

Sheet no. __**36**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

671.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
     **Edward Valdez**

Case No. _____

_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5507**<br><br>**Silver Cross Hospital**<br>**Bankruptcy Department**<br>**PO Box 739**<br>**Moline, IL 61266-0739** | | J | 6/10<br>Medical | | | | 3,172.00 |
| Account No. **6356**<br><br>**Silver Cross Hospital**<br>**c/o KCA Finance Services, Inc.**<br>**628 North Street, PO Box 53**<br>**Geneva, IL 60134** | | J | Collections | | | | 51.00 |
| Account No. **5389**<br><br>**Silver Cross Hospital**<br>**Bankruptcy Department**<br>**PO Box 739**<br>**Moline, IL 61266-0739** | | J | 2/06<br>Medical | | | | 316.00 |
| Account No. **6193**<br><br>**Silver Cross Hospital**<br>**Bankruptcy Department**<br>**PO Box 739**<br>**Moline, IL 61266-0739** | | J | 5/07<br>Medical | | | | 1,015.00 |
| Account No. **9572**<br><br>**Silver Cross Hospital**<br>**Bankruptcy Department**<br>**PO Box 739**<br>**Moline, IL 61266-0739** | | J | 7/07<br>Medical | | | | 1,106.00 |

Sheet no. __**37**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,660.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Amy Valdez,**
　　　　**Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **4393** <br><br> **Silver Cross Hospital Bankruptcy Department PO Box 739 Moline, IL 61266-0739** | | J | | 9/08 <br> **Medical** | | | | 1,540.00 |
| Account No. **5507** <br><br> **Silver Cross Hospital Bankruptcy Department PO Box 739 Moline, IL 61266-0739** | | J | | 6/10 <br> **Medical** | | | | 259.00 |
| Account No. **8034** <br><br> **Silver Cross Hospital Bankruptcy Department PO Box 739 Moline, IL 61266-0739** | | J | | 10/08 <br> **Medical** | | | | 179.00 |
| Account No. **0479** <br><br> **Silver Cross Hospital Bankruptcy Department PO Box 739 Moline, IL 61266-0739** | | J | | 7/08 <br> **Medical** | | | | 119.00 |
| Account No. **5939** <br><br> **Silver Cross Hospital Bankruptcy Department PO Box 739 Moline, IL 61266-0739** | | J | | 3/08 <br> **Medical** | | | | 84.00 |

Sheet no. __**38**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,181.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Amy Valdez,**
        **Edward Valdez**

Case No. _____

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **9632** <br><br> **Silver Cross Hospital** <br> **c/o MiraMed Revenue Group** <br> **Dept. 77304, PO Box 77000** <br> **Detroit, MI 48277-0304** | | J | 2/10 <br> Collections | | | | 207.00 |
| Account No. **2154** <br><br> **Silver Cross Hospital** <br> **Bankruptcy Department** <br> **PO Box 739** <br> **Moline, IL 61266-0739** | | J | 3/11 <br> Medical | | | | 163.00 |
| Account No. **8492** <br><br> **Silver Cross Hospital** <br> **Bankruptcy Department** <br> **PO Box 739** <br> **Moline, IL 61266-0739** | | J | 11/10 <br> Collections | | | | 88.00 |
| Account No. **7545** <br><br> **Silver Cross Hospital** <br> **Bankruptcy Department** <br> **PO Box 739** <br> **Moline, IL 61266-0739** | | J | 12/10 <br> Collections | | | | 33.00 |
| Account No. **1310** <br><br> **Southwest Cardio Consultants Interp** <br> **2801 Black Ste. 102 #105** <br> **Joliet, IL 60435-2702** | | J | 9/08 <br> Medical | | | | 77.00 |

Sheet no. __**39**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

568.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
  **Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7501** <br><br> **Southwest Cardio Consultants Interp** <br> **2801 Black Ste. 102 #105** <br> **Joliet, IL 60435-2702** | | J | 9/09 <br> **Medical** | | | | 6.00 |
| Account No. **927-00** <br><br> **Southwest Gastroenterology, SC** <br> **PO Box 415** <br> **Chicago Ridge, IL 60415-0415** | | J | 6/09 <br> **Medical** | | | | 643.00 |
| Account No. **5940.1** <br><br> **Southwest Gastroenterology, SC** <br> **9921 Southwest Highway** <br> **Oak Lawn, IL 60453** | | J | 11/10 <br> **Medical** | | | | 126.00 |
| Account No. <br><br> **Southwest Gastroenterology, SC** <br> **9921 Southwest Highway** <br> **Oak Lawn, IL 60453** | | J | 7/11 <br> **Medical** | | | | 17.00 |
| Account No. **7484** <br><br> **Southwest Infectious Disease** <br> **1301 Copperfield Ave** <br> **Suite 103** <br> **Joliet, IL 60432** | | J | 8/07 <br> **Medical** | | | | 65.00 |

Sheet no. __**40**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

857.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re **Amy Valdez,**
**Edward Valdez**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1510** <br><br> **Southwest Respiratory** <br> **c/o Collection Professionals, Inc.** <br> **723 First Street** <br> **La Salle, IL 61301-2535** | | J | | Collections | | | | 54.00 |
| Account No. **1759** <br><br> **Southwest Respiratory** <br> **c/o Collection Professionals, Inc.** <br> **723 First Street** <br> **La Salle, IL 61301-2535** | | J | | Collections | | | | 141.00 |
| Account No. **1216** <br><br> **Southwest Surburban** <br> **PO Box 294** <br> **Bedford Park, IL 60499** | | J | | 10/06 <br> Medical | | | | 322.00 |
| Account No. **valed000** <br><br> **St. Mary Internal Medicine** <br> **2320 S. Route 59** <br> **Plainfield, IL 60544** | | J | | 3/07 <br> Medical | | | | 57.00 |
| Account No. <br><br> **Suburban Radiologists** <br> **1415 W. 55th Street** <br> **Countryside, IL 60525** | | J | | 8/11 <br> Medical | | | | 9.00 |

Sheet no. __41__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

583.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
       **Edward Valdez**

Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Suburban Radiologists** <br>**1415 W. 55th Street** <br>**Countryside, IL 60525** | | J | **8/11** <br>**Medical** | | | | 3.00 |
| Account No. <br><br>**Suburban Radiologists** <br>**1415 W. 55th Street** <br>**Countryside, IL 60525** | | J | **8/11** <br>**Medical** | | | | 25.00 |
| Account No. <br><br>**Suburban Radiologists** <br>**1415 W. 55th Street** <br>**Countryside, IL 60525** | | J | **8/11** <br>**Medical** | | | | 11.00 |
| Account No. <br><br>**Suburban Radiologists** <br>**1415 W. 55th Street** <br>**Countryside, IL 60525** | | J | **8/11** <br>**Medical** | | | | 20.00 |
| Account No. **1650** <br><br>**Surgery Center of Joliet** <br>**c/o Frost-Arnett Company** <br>**PO Box 198988** <br>**Nashville, TN 37219-8988** | | J | **Collections** | | | | 281.00 |

Sheet no. __42__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

340.00

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
     **Edward Valdez**

Case No. _____

_____,
                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1925** | | | Purchases | | | | |
| **Target NB** **CCS Gray OPS Center** **PO Box 6497** **Sioux Falls, SD 57117** | | J | | | | | 184.00 |
| Account No. **2241** | | | 12/09 Medical | | | | |
| **Thomas J. Raja, DDS** **Crest Hill Family Dental** **2410 Caton Farm Road, Ste. C** **Crest Hill, IL 60403-1374** | | J | | | | | 325.00 |
| Account No. **6961** | | | Collections | | | | |
| **University of Wisconsin Hospital** **c/o State Collection Service, Inc.** **2509 S. Stoughton Road** **Madison, WI 53716** | | J | | | | | 362.00 |
| Account No. **7242** | | | 4/10 Collections | | | | |
| **UW Health -Physician** **c/o State Collection Service, Inc.** **2509 S. Stoughton Road** **Madison, WI 53716** | | J | | | | | 402.00 |
| Account No. **7242** | | | Medical | | | | |
| **UW Health Physicians** **7974 UW Health Court** **Middleton, WI 53562** | | J | | | | | 244.00 |

Sheet no. __**43**__ of __**44**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,517.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Amy Valdez,**
       **Edward Valdez**                                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2148**<br><br>**Will County Medical-Association, SC**<br>**2100 Glenwood Avenue**<br>**Joliet, IL 60435** | | J | Medical | | | | 197.00 |
| Account No. **4584**<br><br>**York ENT Surgical Consultants, SC.**<br>**950 York Road**<br>**Suite 109**<br>**Hinsdale, IL 60521-8608** | | J | 6/10<br>Medical | | | | 50.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __44__ of __44__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 247.00 |
| Total<br>(Report on Summary of Schedules) | 56,098.00 |

Advanced Urology Associates
812 Campus Drive
Joliet, IL 60435

Adventist Bolingbrook Hospital
PO Box 9287
Oak Brook, IL 60522-9287

Adventist Health System
PO Box 510410
Saint Louis, MO 63151

Advocate Good Samaritan Hospital
c/o Illinois Collection Service, In
PO Box 646
Oak Lawn, IL 60454-0646

Advocate Good Samaritan Hospital
c/o ICC
PO Box 1010
Tinley Park, IL 60477-0101

Alexander & Kathpalia DRS.
c/o Creditors' Discount & Audit Co.
PO Box 213
Streator, IL 61364

Allergy & Asthma Clinic SC
229 N. Hammes Ave.
Joliet, IL 60435

Allied Anesthesia Assoc.
c/o Medical Business Bureau, Inc.
1175 Devin Dr., Ste 173
Norton Shores, MI 49441

Allied Anesthesia Assoc.
PO Box 1123
Jackson, MI 49204-1123

AlliedInterstate
3000 Corporate Exchange Drive
5th Floor
Columbus, OH 43231

Allison Murchison, MD
c/o Collection Professionals, Inc.
723 First Street
La Salle, IL 61301-2535


Ally
PO Box 308901
Minneapolis, MN 55438


Assocaiated Radiologists of Joliet
c/o Creditors Collection Bureau
PO Box 63
Kankakee, IL 60901-0063


Associate Pathologists of Joliet
330 Madison St., Ste. 200A
Joliet, IL 60435


Associate Pathologists of Joliet, L
PO Box 1509
Elgin, IL 60121-1509


Associated Anesthesiologist of Jol
c/o Near
PO Box 209
Thornwood, NY 10594-0209


Associated Anesthesiologists of Jol
PO Box 936
Bedford Park, IL 60499-0936


Associated Radiologist of Joliet
39069 Treasury Center
Chicago, IL 60694-9000


Badger Mutual Insurance Company
1635 West National Ave,
Milwaukee, WI 53204


Baker & Miller
29 N. Wacker Drive
Chicago, IL 60603

Bourbonnais Fire Department
PO Box 457
Wheeling, IL 60090


Cardinal Sleep Centers-Joliet
c/o CAB Services, Inc.
60 Barney Drive
Joliet, IL 60435


Cardiology Interpretation II
PO Box 432
Channahon, IL 60410-0432


Cardiology Interpretation II
2801 Black Ste 102 #115
Joliet, IL 60435-2702


Caris Diagnostics
PO Box 844117
Dallas, TX 75284


Center for Neuro Dis
2222 Weber Road
Crest Hill, IL 60403


Citi
Attn: Bankruptcy Department
PO Box 6241
Sioux Falls, SD 57717


CitiMortgage/Nationstar Mortgage
PO Box 9438, Dept 0251
Gaithersburg, MD 20898


City of Joliet Ambulance
c/o Cab Services
PO Box 933
Joliet, IL 60434


Constar Financial Services, LLC
3561 W. Bell Road
Phoenix, AZ 85053

Corwin Medical Care
c/o Merchants' Credit Guide
223 W. Jackson Blvd
Chicago, IL 60606


Corwin Medical Care
PO Box 7001
Bolingbrook, IL 60440-7001


Dermatology Limited
c/o Creditors' Discount & Audit Co.
PO Box 213
Streator, IL 61364


Dermatology Limited
2400 Glenwood Avenue
Suite 126
Joliet, IL 60435-5495


Digestive Health Associate
c/o Creditors' Discount & Audit Co.
PO Box 213
Streator, IL 61364


Digestive Health Associates, P.C.
1100 Houbolt Rd.
Joliet, IL 60431


Directv
c/o th CBE Group
131 Tower Park Suite 100
Waterloo, IA 50704-2635


Directv
PO Box 78626
Phoenix, AZ 85062


Dr. Kathleen McCahill, MC
c/o Law Office Michael R Naughton
PO Box 10
Manhattan, IL 60442


Drs. Bulger Rejowski Dillon SC
215 Remington Blvd, #1
Bolingbrook, IL 60440

Echelon Recovery Inc.
PO Box 1880
Voorhees, NJ 08043


Echo, Ltd
c/o Creditors Collection Bureau
PO Box 63
Kankakee, IL 60901-0063


Echo, Ltd
PO Box 366
Hinsdale, IL 60522


EM Strategies
c/o Armor Systems Corporation
1700 Kiefer Dr., Ste #1
Zion, IL 60099-5105


EM Strategies
c/o Medical Business Bureau, LLC
1175 Devin Dr, Ste 173
Norton Shores, MI 49441


EM Strategies
c/o Health & Welfare Fund
1000 Burr Ridge Parkway
Willowbrook, IL 60527


Emerg Care & Health Org Ltd
555 W. Court Street #410
Kankakee, IL 60901


Family Medical Group, SC
330 Madison Street
Suite 104
Joliet, IL 60435


First Financial Asset Management
PO Box 901
Fort Mill, SC 29716-0901


Fischer Mangold Joliet
7535 Southfront Road
Building B
Livermore, CA 94550-4201

Gemb/JC Penney
Bankruptcy Department
PO Box 103104
Roswell, GA 30076


Good Samaritan Hospital
3815 Highland Ave
Downers Grove, IL 60515


Good Sheperd Hospital
c/o Illinois Collection Service
PO Box 1010
Tinley Park, IL 60477-9110


Health Service Systems, Inc.
PO Box 1215
Bedford Park, IL 60499-1215


Heartland Cardiovascular Center
c/o Creditors Discount & Audit
415 E Main Street
Streator, IL 61364


Heartland Cardiovascular Center
1200 Maple Road, Suite 3030
Joliet, IL 60432


Heartland Cardiovascular Center, LL
1300 Copperfield Ste 3030
Joliet, IL 60432


Hospitalist Consultants Group
1042 Maple Ave., Ste. 335
Lisle, IL 60532-2329


HR Accounts, Inc.
7017 John Deere Parkway
Moline, IL 61266


HSBC
Bankrupty Department
PO Box 15521
Wilmington, DE 19850

HSBC/Carson
Bankruptcy Department
PO Box 15521
Wilmington, DE 19850


ICS Collection Service, Inc.
P.O. Box 1010
Tinley Park, IL 60477


IMBS
c/o Joliet Emerg Phys
PO Box 189053
Plantation, FL 33318-9053


InformedMail
9994 Premier Parkway
Miramar, FL 33025


Institute for Family Davelopment
PO Box 1145
Orland Park, IL 60462


JC Christensen and Associates
PO Box 519
Sauk Rapids, MN 56379


Joliet Fire Department
c/o Credtors Discount & Audit Co.
PO Box 213
Streator, IL 61364


Joliet Radiologial Service Corp
36910 Treasury Centr
Chicago, IL 60694-6900


Joliet Radiological Service Co.
c/o ICS
PO Box 1010
Tinley Park, IL 60477-9110


Leading Edge Recovery Solutions
PO Box 129
Linden, MI 48451-0129

Learning Daycare
c/o Collection Professionals, Inc.
1256 W Jefferson, Ste 200
Joliet, IL 60431


Lemont Fire Pro. District
PO Box 438495
Chicago, IL 60643


Lemont Medical SC
c/o Health & Welfare Fund
1000 Burr Ridge Parkway
Burr Ridge, IL 60527


Lemont Medical SC
15947 127th Street
Lemont, IL 60439


Lifetouch Portraits
11000 Viking Drive
Building 4E
Eden Prairie, MN 55344


LVNVFUNDG
PO Box 10584
Greenville, SC 29603


Macy's
Bankruptcy Processing
PO Box 8053
Mason, OH 45040


Medclr
c/o PFG of Minnesota
7825 Washington Ave S Ste 310
Minneapolis, MN 55439-2409


Medical Business Bureau, LLC
PO Box 1219
Park Ridge, IL 60068


Merchants Credit Guide
c/o CBUSA, Inc.
PO Box 663
Munster, IN 46321

Meridian Medical Associates
2100 Glenwood Ave
Joliet, IL 60435-5696


Meriter Hospital
202 S. Park St.
Madison, WI 53715


MH Pembroke, MC
c/o NCO Financial Systems, Inc.
507 Prudential Road
Horsham, PA 19044


Midwest Diagnostic Pathology, SC
75 Remittance Dr. Ste 3070
Chicago, IL 60675


Midwest General Surgeons
PO Box 7001
Bolingbrook, IL 60440-7001


MiraMed Revenue Group
Dept 77304
PO Box 77000
Detroit, MI 48277


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


Nationstar Mortgage
PO Box 650783
Dallas, TX 75265-0783


NCO Financial Systems, Inc.
Bankruptcy Department
PO Box 15630
Wilmington, DE 19850


Oak Lawn Endoscopy
9921 Southwest Highway
Oak Lawn, IL 60453-3767

Opitma Medical Associates Ltd
1050 Essington Road
Joliet, IL 60435


Optima Medical
c/o Creditors' Discount & Audit Co.
PO Box 213
Streator, IL 61364


Optima Medical
1050 Essington Road
Joliet, IL 60435-8415


Partners in Obstetrics & Women's
PO Box 663
Frankfort, IL 60423-0663


Pathology Laboratory Consultants
6965 Reliable Parkway
Chicago, IL 60686


Patio Man
Unknown


Paul Edelson, MD
Edelson Pediatrics, SC
15750 S. Bell Road, Ste 2A
Homer Glen, IL 60491


Pierce & Associates
1 North Dearborn, Suite 1300
Chicago, IL 60602


Plainfield Fire Department
c/o Harvard Collection Services, In
4839 N Elston Ave
Chicago, IL 60630-2534


Plantation Billing Center
PO Box 189016
Plantation, FL 33318-9016

Plus Diagnostic
17661 Cowan
Irvine, CA 92614


Plus Diagnostic
2901 Momentum Place
Chicago, IL 60689-5329


Prairie Emergency Services S C
c/o HRRG
PO Box 189053
Plantation, FL 33318-9053


Progressive Surgical Associates
1300 Copperfield Ave
Suite 3060
Joliet, IL 60432


Provena
St. Joseph Medical Center
333 North Madison Street
Joliet, IL 60435


Provena Health
1000 Remington Blvd. Ste. 110
Bolingbrook, IL 60440


Provena Health
Patient Financial Services
2870 Stoner Court, Ste. 300
North Liberty, IA 52317


Provena St. Joseph Hospital
c/o Creditors Collection Bureau, In
PO Box 63
Kankakee, IL 60901-0063


Provena St. Joseph Medical Center
KCA Financial Services, Inc.
PO Box 53
Geneva, IL 60134-0053


Provena St. Joseph Medical Center
c/o Pellettieri & Associates, Ltd
PO Box 536
Linden, MI 48451-0536

Provena St. Joseph Medical Center
c/o Creditors Collection Bureau, In
PO Box 63
Kankakee, IL 60901

Provena St. Joseph Medical Center
PO Box 88097
Chicago, IL 60680-1097

Provena St. Joseph Medical Center
75 Remittance Drive
Suite 1366
Chicago, IL 60675-1366

Provena St. Joseph Medical Center
c/o Patient Financial Services
2870 Stoner Court, Suite 300
North Liberty, IA 52317-8525

Quest Diagnostics
Attn: Patient Billing
1355 Mittl Boulevard
Wood Dale, IL 60191-1024

Radiologists of Dupage, SC
c/o Illinois Collection Service Inc
PO Box 646
Oak Lawn, IL 60454-0646

Sanitas Medical Center
1301 Copperfield Ave.
Joliet, IL 60432

Sanitas Medical Group
c/o Creditors Collection Bureau
PO Box 63
Kankakee, IL 60901-0063

Sanitas Medical Group
36178 Treasure Center
Chicago, IL 60694

Sears
Bankruptcy Department
13320 Smith Road
Cleveland, OH 44130

Sears
c/o HSBC Card Services
PO Box 17051
Baltimore, MD 21297


Sears Master Card
PO Box 6282
Sioux Falls, SD 57117


Sears/Citi
8725 W. Sahara Ave.
The Lakes, NV 89163


Shorewood Chiropractic
Nomon Thanadabouth, DC
102 West Jefferson St., Unit 1
Shorewood, IL 60404


Shorewood Chiropractic Clinic
4433 N. Oakland Ave
Shorewood, WI 53210


Shorewood Early Learning
c/o Collection Professionals, Inc.
723 First Street
La Salle, IL 61301-2535


Silver Cross Hospital
c/o KCA Finance Services, Inc.
628 North Street, PO Box 53
Geneva, IL 60134


Silver Cross Hospital
Bankruptcy Department
PO Box 739
Moline, IL 61266-0739


Silver Cross Hospital
c/o MiraMed Revenue Group
Dept. 77304, PO Box 77000
Detroit, MI 48277-0304


Silver Cross Hospital
1200 Maple Rd.
Joliet, IL 60432

Southwest Cardio Consultants Interp
2801 Black Ste. 102 #105
Joliet, IL 60435-2702


Southwest Gastroenterology, SC
PO Box 415
Chicago Ridge, IL 60415-0415


Southwest Gastroenterology, SC
9921 Southwest Highway
Oak Lawn, IL 60453


Southwest Infectious Disease
1301 Copperfield Ave
Suite 103
Joliet, IL 60432


Southwest Respiratory
c/o Collection Professionals, Inc.
723 First Street
La Salle, IL 61301-2535


Southwest Surburban
PO Box 294
Bedford Park, IL 60499


St. Mary Internal Medicine
2320 S. Route 59
Plainfield, IL 60544


Suburban Radiologists
1415 W. 55th Street
Countryside, IL 60525


Surgery Center of Joliet
c/o Frost-Arnett Company
PO Box 198988
Nashville, TN 37219-8988


Surgery Center of Joliet
301 N Madison
Joliet, IL 60435

Target NB
CCS Gray OPS Center
PO Box 6497
Sioux Falls, SD 57117


Thomas J. Raja, DDS
Crest Hill Family Dental
2410 Caton Farm Road, Ste. C
Crest Hill, IL 60403-1374


Toyota Motor Credit Corp. HQ
All mail goes to
19001 S. Western Avenue
Torrance, CA 90509-2991


Triad Guaranty Insurance
101 South Stratford Road
Winston Salem, NC 27104


United Collection Bureau
5620 Southwyck Blvd.
Suite 206
Toledo, OH 43614-1501


United Recovery Systems
5800 North Course Drive
Houston, TX 77072


University of Wisconsin Hospital
c/o State Collection Service, Inc.
2509 S. Stoughton Road
Madison, WI 53716


UW Health -Physician
c/o State Collection Service, Inc.
2509 S. Stoughton Road
Madison, WI 53716


UW Health Physicians
7974 UW Health Court
Middleton, WI 53562


Vision Financial Services
PO Box 17168
La Porte, IN 46352-1768

Will County Medical-Association, SC
2100 Glenwood Avenue
Joliet, IL 60435


Will County Treasurer
302 N. Chicago St.
Joliet, IL 60432-4059


York ENT Surgical Consultants, SC.
950 York Road
Suite 109
Hinsdale, IL 60521-8608

B6G (Official Form 6G) (12/07)

In re **Amy Valdez,**
    **Edward Valdez**

Case No. _____

_____,
                      Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6H (Official Form 6H) (12/07)

In re   **Amy Valdez,**
        **Edward Valdez**

Case No. _____

_____,
                    Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re  **Amy Valdez**
     **Edward Valdez**
     Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S):<br>**Son**<br>**Son** | AGE(S):<br>**5**<br>**9** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Special ed teacher** | **Garbage Truck Drive** |
| Name of Employer | **Troy Crossroads School** | **Allied Waste** |
| How long employed | **11/10** | **16 years** |
| Address of Employer | **Shorewood, IL** | **Melrose Park, IL** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **1,251.00** | $ | **6,038.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **1,251.00** | $ | **6,038.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | **202.00** | $ | **1,059.00** |
|    b. Insurance | $ | **0.00** | $ | **78.00** |
|    c. Union dues | $ | **0.00** | $ | **72.00** |
|    d. Other (Specify)    **See Detailed Income Attachment** | $ | **74.00** | $ | **5.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **276.00** | $ | **1,214.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **975.00** | $ | **4,824.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **975.00** | $ | **4,824.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **5,799.00** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re    **Amy Valdez**
       **Edward Valdez**       Case No. _____
                    Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Detailed Income Attachment

**Other Payroll Deductions:**

| | | | | | |
|---|---|---|---|---|---|
| **Unpac** | $ | **0.00** | $ | **5.00** | |
| **IMRF** | $ | **56.00** | $ | **0.00** | |
| **Aft 604 SOWIC** | $ | **18.00** | $ | **0.00** | |
| **Total Other Payroll Deductions** | $ | **74.00** | $ | **5.00** | |

B6J (Official Form 6J) (12/07)

In re  **Amy Valdez**
      **Edward Valdez**                                          Case No. 
                      Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 2,200.00 |
|   a. Are real estate taxes included?     Yes ___    No  **X** | | | |
|   b. Is property insurance included?     Yes ___    No  **X** | | | |
| 2. Utilities:   a. Electricity and heating fuel | | $ | 145.00 |
|            b. Water and sewer | | $ | 40.00 |
|            c. Telephone | | $ | 100.00 |
|            d. Other   **Cell Phone** | | $ | 65.00 |
| 3. Home maintenance (repairs and upkeep) | | $ | 0.00 |
| 4. Food | | $ | 400.00 |
| 5. Clothing | | $ | 25.00 |
| 6. Laundry and dry cleaning | | $ | 23.00 |
| 7. Medical and dental expenses | | $ | 50.00 |
| 8. Transportation (not including car payments) | | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 0.00 |
| 10. Charitable contributions | | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|            a. Homeowner's or renter's | | $ | 50.00 |
|            b. Life | | $ | 180.00 |
|            c. Health | | $ | 0.00 |
|            d. Auto | | $ | 350.00 |
|            e. Other | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
|     (Specify)   **Property Tax** | | $ | 416.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|            a. Auto | | $ | 545.00 |
|            b. Other   **2008 Toyota Tacoma** | | $ | 230.00 |
|            c. Other | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0.00 |
| 17. Other   **Childcare** | | $ | 780.00 |
|     Other | | $ | 0.00 |

| | | | |
|---|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ | 5,799.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

| | | | |
|---|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | | |
| a.   Average monthly income from Line 15 of Schedule I | | $ | 5,799.00 |
| b.   Average monthly expenses from Line 18 above | | $ | 5,799.00 |
| c.   Monthly net income (a. minus b.) | | $ | 0.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Amy Valdez**
         **Edward Valdez**
_____          Case No. _____
                                    Debtor(s)       Chapter    **7**    _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **59**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **November  8, 2011**_____       Signature    **/s/ Amy Valdez**_____
                                                              **Amy Valdez**
                                                              Debtor

Date  **November  8, 2011**_____       Signature    **/s/ Edward Valdez**_____
                                                              **Edward Valdez**
                                                              Joint Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Amy Valdez**
     **Edward Valdez** _____    Case No. _____
                                Debtor(s)    Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$80,378.00** | **2011 Husband** |
| **$13,000.00** | **2011 Wife** |
| **$102,736.00** | **2010 Husband & Wife** |
| **$89,451.00** | **2009 Husband & Wife** |

**2. Income other than from employment or operation of business**

None
■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■ *Complete a. or b., as appropriate, and c.*

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■ b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■ c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **11-CH-4410** **Nationstar Mortgage v. Valdez** | **Foreclosure** | **Circuit Court of Will County** | **Pending** |

None
☐ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5.  Repossessions, foreclosures and returns**

None ☐    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ally<br>PO Box 308901<br>Minneapolis, MN 55438** | 4/11 | **Repossession<br>2007 Saturn Relay<br>$7,875.00** |

**6.  Assignments and receiverships**

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7.  Gifts**

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.  Losses**

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **David M. Siegel & Associates**<br>**790 Chaddick Drive**<br>**Wheeling, IL 60090** | **12/13/10 - 8/4/11** | **$1,544.00** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Citi Bank**<br>**Unknown** | **Checking** | **11/6/10**<br>**$13.06** |

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

**None**
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

**None**
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

**None**
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

**None**
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

**None**
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|------|---------|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __**November  8, 2011**__          Signature  __**/s/ Amy Valdez**__

**Amy Valdez**

Debtor


Date  __**November  8, 2011**__          Signature  __**/s/ Edward Valdez**__

**Edward Valdez**

Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **Amy Valdez**
**Edward Valdez**

_____
Debtor(s)

Case No. _____

Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**CitiMortgage/Nationstar Mortgage** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**1410 Spring Oaks Drive**<br>**Joliet, IL 60431** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain   Debtor will retain collateral and continue to make regular payments.   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Toyota Motor Credit Corp. HQ** | **Describe Property Securing Debt:**<br>**2008 Toyota Tacoma**<br>**Toyota Financial** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Will County Treasurer** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**1410 Spring Oaks Drive**<br>**Joliet, IL 60431** |

Property will be (check one):
- ☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ■ Other.  Explain  __Debtor will retain collateral and continue to make regular payments.__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt                          ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐  YES          ☐  NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __November  8, 2011__                    Signature    __/s/ Amy Valdez__
                                                                      **Amy Valdez**
                                                                      Debtor

Date  __November  8, 2011__                    Signature    __/s/ Edward Valdez__
                                                                      **Edward Valdez**
                                                                      Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Amy Valdez**
        **Edward Valdez**

Case No. _____

Debtor(s)                    Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ **1,544.00** |
| Prior to the filing of this statement I have received | $ **1,544.00** |
| Balance Due | $ **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor       ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor       ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances (except in Chapter 13 cases), or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **November  8, 2011**

**/s/ David M. Siegel**
**David M. Siegel**
**David M. Siegel & Associates**
**790 Chaddick Drive**
**Wheeling, IL 60090**
**(847) 520-8100**

---

**Main Office:**
(All Correspondence)
790 Chaddick Drive
Wheeling, IL 60090
Tel: (847) 520-8100
Fax: (847) 520-6022

DAVID M. SIEGEL
JOHN J. ELLMANN
CHRISTINE H. CLAR
MATTHEW J. STANTON
MICHELLE B. SANTOS
CHARLES H. SHEPARD
MICHAEL J. COOPER
MEREDITH A. MCHUGH

# DAVID M. SIEGEL & ASSOCIATES
## ATTORNEYS AT LAW

**Chicago Office:**
19 South LaSalle Street
Suite 707
Chicago, IL 60603

**Waukegan Office:**
2835 Belvidere Road
Suite 202
Waukegan, IL 60085

**Joliet Office:**
81 North Chicago Street
Suite 303
Joliet, IL 60432

## CONTRACT FOR SERVICES

The undersigned, Attorney and Client(s), hereby enter into this Agreement voluntarily, for the purpose of inducing both parties to engage in specific conduct.

Attorney agrees to represent Client(s) for the purpose of obtaining relief under Chapter 7 of the U.S. Bankruptcy Code. This representation shall begin upon the execution of this contract and shall include the preparation and the filing of a petition for relief under the U.S. Bankruptcy Code. Any payment submitted by Client to Attorney shall constitute Client's desire to have Attorney begin representation, which may include the preparation of petitions and schedules. That said payment is immediate compensation for the firm's commitment to perform future services. Thus, said fee is property of the firm and may be deposited in the firm's operating or business account. Said representation shall not include the defense of any adversarial complaints.

A fee of $250.00 shall be added in the event that Client(s) misses the scheduled Creditor's meeting.

A fee of $100.00 shall be added to amend Schedules D, E and F to include Creditors who were not originally provided by Client(s).

A fee of $25.00 shall be added for any non-sufficient/returned checks. (Do not send a post-dated check).

In exchange for the above mentioned, Client(s) covenants to pay for legal services the amount stated on the Compensation For Attorney Document which is attached to each bankruptcy petition. No case shall be filed until all attorney fees are paid in full.

Client will be billed on any outstanding balance at the rate of $100.00 every two weeks. Should Client fail to pay the required $200.00 per month, there will be a $5.00 late fee assessed each month plus an interest charge at the rate of 18% per year on any unpaid balance.

## IMPORTANT INFORMATION CONCERNING BANKRUPTCY
### Debts that are Discharged

The Chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to a chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

    a.    Debts for most taxes;

    b.    Debts that are in the nature of alimony, maintenance, or support;

    c.    Debts for student loans

    d.    Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

    e.    Debts for personal injuries or death caused by the debtor's operations of a motor vehicle while intoxicated;

    f.    Some debts which are not properly listed by the debtor;

    g.    Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

    h.    Debts for which the debtor has given up the discharge protection by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

### Refunds

A client that chooses not to file after hiring the firm is entitled to a refund of any unused court costs (filing fees). Client is not entitled to a refund of any attorney's fees.

All parties have read the above mentioned document, find it to be reasonable, and desire to be bound by said Agreement.

Under all penalties of perjury, I(we) have affixed my(our) signature below.

_____  11/8/11

Attorney

_____  11/8/11

Client

_____  11/8/11

Client

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total Fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total Fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total Fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re     **Amy Valdez**
       **Edward Valdez**                                Case No.
                                            Debtor(s)            Chapter     **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

      I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Amy Valdez**
**Edward Valdez**                          X   **/s/ Amy Valdez**                      **November  8, 2011**
Printed Name(s) of Debtor(s)                       Signature of Debtor                Date

Case No. (if known)                             X   **/s/ Edward Valdez**                 **November  8, 2011**
                                                Signature of Joint Debtor (if any)        Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

# STATEMENT OF INFORMATION REQUIRED BY 11 U.S.C. §341

## INTRODUCTION

Pursuant to the Bankruptcy Reform Act of 1994, the Office of the United States Trustee, United States Department of Justice, has prepared this information sheet to help you understand some of the possible consequences of filing a bankruptcy petition under chapter 7 of the Bankruptcy Code. This information is intended to make you aware of...

(1)    the potential consequences of seeking a discharge in bankruptcy, including the effects on credit history;
(2)    the effect of receiving a discharge of debts
(3)    the effect of reaffirming a debt; and
(4)    your ability to file a petition under a different chapter of the Bankruptcy Code.

There are many other provisions of the Bankruptcy Code that may affect your situation. This information sheet contains only general principles of law and is not a substitute for legal advice. If you have questions or need further information as to how the bankruptcy laws apply to your specific case, you should consult with your lawyer.

## WHAT IS A DISCHARGE?

The filing of a chapter 7 petition is designed to result in a discharge of most of the debts you listed on your bankruptcy schedules. A discharge is a court order that says you do not have to repay your debts, but there are a number of exceptions. Debts which may not be discharged in your chapter 7 case include, for example, most taxes, child support, alimony, and student loans; court-ordered fines and restitution; debts obtained through fraud or deception; and personal injury debts caused by driving while intoxicated or taking drugs. Your discharge may be denied entirely if you, for example, destroy or conceal property; destroy, conceal or falsify records; or make a false oath. Creditors cannot ask you to pay any debts which have been discharged. You can only receive a chapter 7 discharge once every eight (8) years.

## WHAT ARE THE POTENTIAL EFFECTS OF A DISCHARGE?

The fact that you filed bankruptcy can appear on your credit report for as long as 10 years. Thus, filing a bankruptcy petition may affect your ability to obtain credit in the future. Also, you may not be excused from repaying any debts that were not listed on your bankruptcy schedules or that you incurred after you filed for bankruptcy.

## WHAT ARE THE EFFECTS OF REAFFIRMING A DEBT?

After you file your petition, a creditor may ask you to reaffirm a certain debt or you may seek to do so on your own. Reaffirming a debt means that you sign and file with the court a legally enforceable document, which states that you promise to repay all or a portion of the debt that may otherwise have been discharged in your bankruptcy case. Reaffirmation agreements must generally be filed with the court within 60 days after the first meeting of the creditors.

Reaffirmation agreements are strictly voluntary — they are not required by the Bankruptcy Code or other state or federal law. You can voluntarily repay any debt instead of signing a reaffirmation agreement, but there may be valid reasons for wanting to reaffirm a particular debt.

Reaffirmation agreements must not impose an undue burden on you or your dependents and must be in your best interest. If you decide to sign a reaffirmation agreement, you may cancel it at any time before the court issues your discharge order or within sixty (60) days after the reaffirmation agreement was filed with the court, whichever is later. If you reaffirm a debt and fail to make the payments required in the reaffirmation agreement, the creditor can take action against you to recover any property that was given as security for the loan and you may remain personally liable for any remaining debt.

## OTHER BANKRUPTCY OPTIONS

You have a choice in deciding what chapter of the Bankruptcy Code will best suit your needs. Even if you have already filed for relief under chapter 7, you may be eligible to convert your case to a different chapter.

Chapter 7 is the liquidation chapter of the Bankruptcy Code. Under chapter 7, a trustee is appointed to collect and sell, if economically feasible, all property you own that is not exempt from these actions.

Chapter 11 is the reorganization chapter most commonly used by businesses, but it is also available to individuals. Creditors vote on whether to accept or reject a plan, which also must be approved by the court. While the debtor normally remains in control of the assets, the court can order the appointment of a trustee to take possession and control of the business.

Chapter 12 offers bankruptcy relief to those who qualify as family farmers. Family farmers must propose a plan to repay their creditors over a three-to-five year period and it must be approved by the court. Plan payments are made through a chapter 12 trustee, who also monitors the debtor's farming operations during the pendency of the plan.

Finally, chapter 13 generally permits individuals to keep their property by repaying creditors out of their future income. Each chapter 13 debtor writes a plan which must be approved by the bankruptcy court. The debtor must pay the chapter 13 trustee the amounts set forth in their plan. Debtors receive a discharge after they complete their chapter 13 repayment plan. Chapter 13 is only available to individuals with regular income whose debts do not exceed $1,347,500 ($336,900 in unsecured debts and $1,010,650 in secured debts).

## AGAIN, PLEASE SPEAK TO YOUR LAWYER IF YOU NEED FURTHER INFORMATION OR EXPLANATION, INCLUDING HOW THE BANKRUPTCY LAWS RELATE TO YOUR SPECIFIC CASE.

| /s/ Amy Valdez | November  8, 2011 | /s/ Edward Valdez | November  8, 2011 |
|---|---|---|---|
| Debtor's Signature | Date | Joint Debtor's Signature | Date |

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Amy Valdez**
**Edward Valdez**

_____
Debtor(s)

Case No. _____

Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **153**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **November  8, 2011**
_____

**/s/ Amy Valdez**
_____

**Amy Valdez**
Signature of Debtor

Date:   **November  8, 2011**
_____

**/s/ Edward Valdez**
_____

**Edward Valdez**
Signature of Debtor